IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Collins, Shonda L | Case Number: 07 B 18388 |
| | Judge: Squires, John H |
| Printed: 10/29/08 | Filed: 10/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 21, 2008
Confirmed:  November 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,775.00 | |
| Secured: | | 3,551.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 223.35 |
| Other Funds: | | 0.00 |
| Totals: | 3,775.00 | 3,775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 15,969.45 | 3,551.65 |
| 2. | Portfolio Recovery Associates | Unsecured | 129.40 | 0.00 |
| 3. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 4. | CACH LLC | Unsecured | 1,880.93 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 112.76 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 169.57 | 0.00 |
| 7. | Brother Loan & Finance | Unsecured | 166.98 | 0.00 |
| 8. | ER Solutions | Unsecured | 185.50 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 50.19 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 149.11 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 63.60 | 0.00 |
| 12. | Village Of Olympia Fields | Priority | | No Claim Filed |
| 13. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 14. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 15. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Best Buy | Unsecured | | No Claim Filed |
| 18. | Consumer INS Receivable Recovery | Unsecured | | No Claim Filed |
| 19. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 20. | Sprint | Unsecured | | No Claim Filed |
| 21. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 22. | Consolidated Public Services | Unsecured | | No Claim Filed |
| 23. | Uic-Physicians Group | Unsecured | | No Claim Filed |
| 24. | Memorial Hospital | Unsecured | | No Claim Filed |
| 25. | US Cellular | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Collins, Shonda L

Printed: 10/29/08

Case Number:  07 B 18388
Judge:  Squires, John H
Filed:  10/6/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 18,877.49 | $ 3,551.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 112.05 |
| 6.5% | 58.50 |
| 6.6% | 52.80 |
|  | $ 223.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

